168 So.2d 627

**Ex parte William C. WATKINS.**

**5 Div. 641.**

Court of Appeals of Alabama.

Nov. 3, 1964.

168 So.2d 628

**STATE of Alabama**

**v.**

**Junior C. RICHBURG and Robert D. Bradley.**

**1 Div. 5.**

Court of Appeals of Alabama.

Nov. 3, 1964.

William C. Watkins, pro se.

Richmond M. Flowers, Atty. Gen., and David W. Clark, Asst. Atty. Gen., for the State.

CATES, Judge.

Petition for writ of error to be directed to the Lee Circuit Court.

According to the scant allegations error is claimed because neither of the two informations filed against the petitioner make out a felony. Watkins seems to have waived indictment and plead guilty.

The Attorney General moves us to strike because petitioner had theretofore sued out an appeal. This ground is well taken.

Petition dismissed.